AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

**Person of Marcus Jones
(YOB 2006 SSN: XXX-XX-3979)
for DNA sample by way of buccal swab**

)
)
)
)
)
)

Case No.   26-MR-1120

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

**See Attachment A**

located in the _____ District of _____ **New Mexico** _____, there is now concealed *(identify the person or describe the property to be seized):*

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(o) | Illegal Possession of a Machine Gun |

The application is based on these facts:
**See attached affidavit**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mario Flores, Task Force Officer, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephonically sworn and electronically signed    *(specify reliable electronic means).*

Date:    June 1, 2026

*Judge's signature*

City and state:  Albuquerque, NM

Laura Fashing Honx, U.S. Magistrate
*Printed name and title*

## ATTACHMENT A

### PERSON TO BE SEARCHED

The person of Marcus JONES (born in 2006, SSN: XXX-XX-3979), so long as he is in the District of New Mexico at the time of the search. Currently, JONES is out of custody and has a home address of 7100 Coulson Dr NE, Albuquerque, NM.

## ATTACHMENT B

### ITEMS TO BE SEIZED

Law enforcement will collect two (2) Deoxyribonucleic Acid ("DNA") samples from Marcus JONES (born in 2006, SSN: XXX-XX-3979) by way of buccal swabs.

## AFFIDAVIT FOR SEARCH WARRANT

### AGENT BACKGROUND AND EXPERIENCE

1. Mario Flores, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, deposes and states:

2. Beginning in 2017, I attended and successfully completed the Albuquerque Police Department police academy. Since 2022, I have been a detective with the Albuquerque Police Department's Gun Violence Reduction Unit. I have attended and completed numerous professional development courses related to criminal investigations. Since 2025, I have been a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).

3. As a TFO officer with the ATF, and my experience as a local law enforcement officer, I have conducted physical surveillance, conducted interviews with victims, witnesses, and defendants. I have served warrants, arrest warrants, and have conducted investigations related to firearms.

4. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States who is empowered by law to conduct investigations and make arrests for the offenses enumerated in Title 18, United States Code.

5. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violation of 18 U.S.C. §§ 922(o), that being illegal possession of a machine gun, has been committed by Marcus JONES.

### INTRODUCTION

7. I make this application in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the body of Marcus JONES (born in 2006, SSN: 3979)- specifically, to collect deoxyribonucleic acid (DNA) samples from JONES by way of buccal swabs. As described below, there is probable cause to believe JONES's DNA may be present on a firearm seized by law enforcement during this investigation. Therefore, this warrant seeks authorization to collect two (2) DNA samples from JONES in order to compare that sample with samples collected from the lawfully seized evidence in this case.

8. JONES is currently on supervised release.

9. Because this affidavit was authored for the limited purpose of establishing probable cause, it does not include each and every fact known to me from this investigation. In authoring this affidavit, I relied on the reports and statements of other law enforcement officers and involved parties in order to ascertain the facts of the case and author this affidavit.

## PROBABLE CAUSE

10. On December 25, 2025, at approximately 0326 hours Officers with the Albuquerque Police Department were dispatched to 1640 Casa Florida Pl NW in reference to a shooting call. Comments on the computer-aided dispatch stated there was a 20-minute delay and the caller was shot on 98th Street. The caller had returned home and was requesting medical attention for a possible bullet wound to his face.

11. Officers arrived and contacted the victim who was identified as Alejandro Diaz. Alejandro told officers that his vehicle a (Gray 2008 BMW bearing New Mexico license plate CAAC61) was parked in the cul-de-sac. He parked it away from his home because he was not sure if he was being followed. He sustained what appeared to be a laceration to his left eyebrow/eye area that was bleeding. Alejandro was evaluated by medical personnel and his mother decided that she would take him to the hospital herself. At this time Patrol Officers notified the Gun Violence Reduction Unit.

12. Detectives with the Albuquerque Police Department's Gun Violence Reduction Unit were notified of   a shooting with injuries. Detective Michelle Witt with the Albuquerque Police Department's Homicide unit and I responded to the call out. Detective Michelle Witt was on a temporary duty assignment with the Gun Violence Reduction Unit and took case responsibility.

13. Detective Witt and I contacted the victim Alejandro Diaz and his mother Jasmine Diaz. Alejandro stated that he was hanging out with a group of friends at Tower Park which is located at 700 86th St SW. Alejandro left the park in his gray BMW and his friends followed in separate vehicles. Alejandro stated that Marcus JONES was driving a black 2016 Mercedes CLS 350 with his girlfriend, and Teshaun Lonasee aka T.J. A male by the name of "Jamal" and Caleb Lujan were in a whitish gray Malibu.

14. Alejandro stated he was the "lead" vehicle when they left Tower Park, heading westbound on Tower Rd SW then northbound 98th St NW. Once they got to the area of 98th St and Central Ave the black Mercedes got in front of Alejandro. The black Mercedes pulled over to the right behind the Sonic located at 150 98th St NW. Alejandro then drove on the left side to get around and pass them. Alejandro did not know why they stopped; he thought they may have gotten a flat tire. Once Alejandro passed the black Mercedes, he stated Teshaun started to shoot at him. Alejandro drove home as fast as he could and dialed 911. Alejandro stated there was no argument or altercation at the park prior to the shooting.

15. Alejandro stated Teshaun had a black Glock 45 with a "switch" and a 50 round drum magazine with him at the park. A "switch" is a small device that can be attached to the rear of the slide of a handgun altering the trigger mechanisms of a semi-automatic pistol, enabling the handgun to continuously fire rounds if the trigger is depressed and the gun has ammunition. Alejandro believes this is the gun that was used due to the high number of shots fired at him. Alejandro stated he has been friends with Marcus JONES and Teshaun Lonasee since middle school.

16. Detective Witt drafted search warrants for Teshaun Lonasee and Marcus JONES' phone records.

District Attorney Derek Berg reviewed and approved the search warrants. On February 9, 2026, the honorable Judge L. Solimon signed both search warrants. At this time both warrants were provided to the Albuquerque Police Department's Digital Forensic Specialist unit for execution.

17. On February 9, 2026, the Honorable Judge Solimon reviewed and signed an arrest warrant for Marcus JONES.

18. On February 24, 2026, Detectives with the Albuquerque Police Department's Investigative Support Unit observed Marcus JONES entering his residence at 7100 Coulson Dr NE. Detectives were able to take Marcus JONES into custody without incident. At this time the residence was secured pending a search warrant.

19. Detective Witt attempted to speak with Marcus JONES after she read him his Miranda Rights, but Marcus JONES requested an attorney. No interview was conducted.

20. The residential search warrant was approved by district attorney Ashlee Mills and signed by the Honorable Judge Maestas on February 24, 2026. The search warrant was executed at 1648 hours. Multiple firearms and firearm accessories were located within the home, along with ammunition and spent casings. The following items were seized.

a. Black Jordan Backpack located under bed in northeast bedroom

   a. Iver Johnson Revolver SN: 121 45

   b. Derringer Pistol Serial Number: 038815

b. Black Backpack located under bed in southwest master bedroom.

   c. Black/Black Glock 20 Gen 5 10MM Semi-Automatic Pistol SN: AKNX546

   d. Silver/Black Glock 20 10MM Semi-Automatic Pistol with a suspected machine gun conversion device SN: MUT897

   e. Black Micro Draco 7.62x39 Semi-Automatic Pistol SN: PMD-33791

c. Black Nike Fanny Pack located under bed in southwest master bedroom

   f. Silver/Turquoise Glock 43x 9x19 Semi-Automatic Pistol SN: AFSR801

21. It should be noted that the black backpack and fanny pack were located together under the bed in the southwest master bedroom. Inside the backpack was a blue vest and a Walmart name tag displaying "Marcus". It should also be noted that the Silver and black firearm with the suspected machine gun conversion device was a stolen firearm NIC#G652468168 out of the Albuquerque Police Department Case#110043727.

## MANNER OF COLLECTION

22. Based on my training and experience, I know the buccal swab samples from JONES can, and will, be obtained without unnecessary discomfort to JONES, in private, and under circumstances where he will feel little or no pain or embarrassment. Should JONES refuse to cooperate in the collection process, I respectfully request authorization to utilize reasonable force in obtaining buccal swabs from him.

## CONCLUSION

23. The silver/black Glock 20, 10mm caliber semi-automatic pistol with the suspected machine gun conversion device was in the black backpack with a blue vest and Walmart name tag displaying "Marcus".

24. Based on the facts outlined above, I submit there is probable cause to believe JONES's DNA will be found on the firearm described above. Therefore, I respectfully request that the Court issue a search warrant authorizing the collection of buccal cells from JONES for the purpose of conducting forensic analysis.

25. This search warrant affidavit was reviewed and approved by Assistant United States Attorney Christopher Schultz.

Respectfully submitted,

Mario Flores
Task Force Officer
ATF

Subscribed electronically and sworn telephonically to me
on: June 1, 2026

_____
HONORABLE UNITED STATES MAGISTRATE JUDGE